Megha Desai, OSB #141441
Assistant Federal Public Defender
Email: Megha_Desai@fd.org
101 SW Main Street, Suite 1700
Portland, OR 97204
Tel: (503) 326-2123
Attorney for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSEPH TYLER BIAMONT,<br>Defendant. | Case No. 3:25-cr-00195-AN-1<br><br>DEFENDANT'S SENTENCING MEMORANDUM |

On August 6, 2026, Mr. Biamont pled guilty to Count One of Sexual Exploitation of Children, in violation of Title 18, U.S.C., § 2251 (a) and (e) and Count 2 of Possession of Child Pornography, in violation of Title 18, U.S.C., § 2252A(a)(5)(B) and (b)(2). For the reasons outlined in other sentencing materials before the Court and that will be presented at the sentencing hearing, the defense respectfully requests a sentence of 180 months followed by a term of five (5) years of supervised release.

Dated: August 12, 2026.

*s/ Megha Desai*
Megha Desai, OSB #141441